IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DEBRA M. STANDRIDGE                                                                PLAINTIFF

v.                                    NO.  4:04CV00681 JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                             DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing this case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 29th day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE